IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
_____ DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 30  PM 1:42
CLERK_____
SO. DIST. OF GA.

[Enter the full name of the plaintiff in this section]

Brenda Louise Mutcherson

Civil Action No. CV418-098
[to be assigned by Clerk]

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

~~Brendan~~ Care Core National & EVICORE
and Other companies

If allowed by statute, do you wish to have a trial by jury? Yes ✓  No ___

[If any answer requires additional space, please use additional paper and attach hereto]

I.  PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?
        Yes ✓   No ○

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]*

1. *Parties to this lawsuit:*

   *Plaintiff:* Brenda Mutcherson

   *Defendant:* Care Core National

2. *Court:* Chatham
   *(If federal court, name the district; if state court, name the county)*

3. *Docket Number:* _____

4. *Name(s) of Judge(s) to whom case was assigned:* _____

5. *Status of Case:* _____
   *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. *Date lawsuit was filed:* 2010 or 2011

7. *Date of disposition (if concluded):* _____

C. *Do you have any other lawsuit(s) pending in the federal court?*

   Yes ____   No ✓

II. **PARTIES**

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: Brenda L. Mutcherson

   Address: 239 Monteith Road Port Wentworth GA 31407

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: ~~Brenda L. Mutcherson~~ CareCore, EVICORE

   Address: ~~239 Monteith Road Port Wentworth GA 31407~~

   & others Defendants

2

C.   *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

Continue harassment, civil Rights taken

III. STATEMENT OF CLAIM
State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.

Harassment started in 2010 and still continues to this day.

3

III. STATEMENT OF CLAIM - *continued.*

Asking Court to appoint an Attorney for assistance in this case. Cannot afford money to file case.

4

IV.  RELIEF.

*State briefly and exactly what you want this court to do for you.*

Money for pain and suffering for the last 8 years. 5.2 million for my son and I.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 3/30/ day of April , _____ .

_____
Signature of Plaintiff

Address

Phone Number