April 30, 2018

United States District for the Southern District of Georgia Federal Courthouse

125 Bull Street, Savannah, Georgia 31401

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2018 APR 30 PM 1:42 CLERK SO. DIST. OF GA.

CV418-098

Brenda L. Mutcherson

Mailing address 239 Monteith road, Port Wentworth Ga. 31407

(912) 341-7920

Honorable Judge More, continuation of case Brenda Mutcheson vs. Care Core National, Evi Core and other companies.

I again ask the court for relief form the terror from this corporation and other companies. Since 2010 until this day, my life and has been taken away no home no living wage.

Life liberty and the pursuit of happiness have been taken away since 2010.

My fourth amendment have been taken away, from 2010 until my house was taken men continued to break in to my home, while I was in my home. For over ten years they continue to harass me. I am asking the court to appoint an Attorney to assist me with this case. I live in my car because I cannot obtain an apartment because of the detectives. Before the illegal warrant from Care Core National, I had a home and worked my entire life, I had a Life. Huge sums of money are being paid to continue to harass me. I need an attorney that can assist me with all the details and provide information on the men the broke into my home before it was taken. No monies have been provided to me and my son for the torture that was inflicted upon us at 35 Knollwood. A letter was sent for from

the court house asking for an amount for my pain and suffering and information was provided to the courthouse but never heard anything from the court house.

I am asking for the court to waive the fee for this case because I cannot afford the filing fees, my home, my son was taken and eight years later, every job I have been employed, the detectives continue to harass me and have other do the same. This request has been made for years for relief, I am 57 , years old and the terror started when I was 49 while employed by Care Core then , now Evicore. You're Honor I am not an Attorney, but I have no choice but to reach out to your court. This is the Federal court and justice has not been done on my behalf. Many federal laws has been broken and continues to this day.  I have tried for eight years to obtain an attorney, I am asking the court to appoint an attorney to assist me with these eight yearlong violations against me. They took everything from me.  I am asking for justice because of all the horrors that has been inflected on me.

Thank you , respectfully sumited, Brenda Mutcherson