# United States District Court
# Southern District of Georgia
# Savannah Division

BRENDA L. MUTCHERSON, )
)
    Plaintiff, )
)
v. ) CV418-98
)
CARE CORE NATIONAL, and )
EVICORE, )
)
    Defendants. )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

**SO ORDERED** this 12 day of July, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)